UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00279-FDW-DSC

| | |
|---|---|
| MARY E. RAY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the parties' Consent Motion for Remand (Doc. No. 5). The Court GRANTS the motion.

The Commissioner filed the Motion for Remand, requesting that this Court remand this case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Accordingly, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

IT IS SO ORDERED.

Signed: April 1, 2016

Frank D. Whitney
Chief United States District Judge